COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:        Xochytl Greer v. Wesley Michael Melcher

Appellate case number:     01-19-00287-CV

Trial court case number:    2017-41808

Trial court:                       245th District Court of Harris County

Appellant, Xochytl Greer, has filed a motion for review of the trial court's order sustaining the court reporter's contest to appellant's statement of inability to pay costs. *See* TEX. R. CIV. P. 145(g)(1). Accordingly, we direct the trial court clerk to prepare and file a supplemental clerk's record containing:

- Order on Contest to Petitioner's Statement of Inability to Pay Costs, signed on May 3, 2019.

And, we direct court reporter, Douglas Faulin, (or the official or substitute court reporter) to prepare and file a reporter's record of the May 3, 2019 hearing on the contest to appellant's statement of inability to pay costs. *See* TEX. R. CIV. P. 145(g)(3).

The supplemental clerk's record and reporter's record of the May 3, 2019 hearing shall be prepared and filed without charge to appellant. *See* TEX. R. CIV. P. 145(g)(3). **The supplemental clerk's record and reporter's record of the May 3, 2019 hearing are due to be filed in this Court no later than 14 days from the date of this order.**

It is so ORDERED.

Judge's signature: /s/ Julie Countiss
                            ☑ Acting individually      ☐ Acting for the Court

Date:  __May 21, 2019__

1